# Exhibit 1



## Licence of Images

Simon Burchett proprietor of Channel Photography hereby licences the following Images on an Unlimited Usage Policy to AP Moller Maersk Only:

Vessel - Estelle Maersk Aerial Images - Departing Algeciras, Spain on 27th November 2006

Image References:

_L4A0226.jpg

_L4A0228.jpg

_L4A0231.jpg

_L4A0235.jpg

_L4A0250.jpg

_L4A0253.jpg

_L4A0254.jpg

_L4A0255.jpg

_L4A0257.jpg

_L4A0259.jpg

_L4A0275.jpg

_L4A0284.jpg

_L4A0287.jpg

_L4A0291.jpg

_L4A0298.jpg

This Unlimited Usage Licence grants permission to use the Images listed above within the company AP Møeller Maersk only.

AP Møeller Maersk cannot sell, lend, hire or loan the Images, nor use them outside AP Møeller Maersk without prior permission from Simon Burchett. The Images remain the Intellectual Property and Copyright of Simon Burchett.

The images must be credited Simon Burchett/www.channelphotography.com

Signed: *Simon Burchett*   Dated: 2 January 2007

Simon Burchett - 0033 (0)5 49 98 62 44
0044 (0)7780 997739

7 Rue des Petites Croix
Les Poubleaux
86200 La Roche Rigault
France
P.+33(0) 5 49 98 62 44
M.+44(0) 7780 997739
info@channelphotography.com
www.channelphotography.com