Exhibit 3




Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

## U.S. Copyright Office Receipt

**Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application**

| | |
|---|---|
| **Case / SR#:** | 1-7437358371 |
| **Case Date:** | 2/20/2019 |
| **Title:** | _L4A0294.JPG |
| **Vol/Num/Issue:** | |
| **Month/Year:** | |
| **Applicant's Internal Tracking:** | |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| | |
| | |
| | |
| | |

**Instructions for Sending Deposit Copies**

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office - VA
101 Independence Avenue, SE
Washington, DC 20559 - 6211

**Single**