Exhibit 2

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 22, 2019.

---

Selected Entity Name: MAERSK CONTAINER SERVICE COMPANY, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | APM TERMINALS NORTH AMERICA, INC. |
| **DOS ID #:** | 2570261 |
| **Initial DOS Filing Date:** | NOVEMBER 03, 2000 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
APM TERMINALS NORTH AMERICA, INC.
111 EIGHTH AVE
NEW YORK, NEW YORK, 10011

**Chief Executive Officer**

WIM LAGAAY
9300 ARROWPOINT BLVD.
CHARLOTTE, NORTH CAROLINA, 28273

**Principal Executive Office**

APM TERMINALS NORTH AMERICA, INC.
9300 ARROWPOINT BLVD.
CHARLOTTE, NORTH CAROLINA, 28273

**Registered Agent**

C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK, NEW YORK, 10005

This office does not record information regarding
the names and addresses of officers, shareholders
or directors of nonprofessional corporations except
the chief executive officer, if provided, which
would be listed above. Professional corporations
must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 21, 2004 | Actual | APM TERMINALS NORTH AMERICA, INC. |
| NOV 03, 2000 | Actual | MAERSK CONTAINER SERVICE COMPANY, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search