UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Simon J. Burchett Photography, Inc.,

        Plaintiff,      19 Civ. 1576 (DAB)
                      <u>ORDER</u>

    v.

A.P. Moller Maersk A/S,

        Defendant.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of Plaintiff's letters dated march 25, 2019 and April 4, 2019. The Defendant SHALL respond to Plaintiff's request to voluntarily withdraw pursuant to Rule 42(a)(1)(A)(ii) of the Federal Rules of Civil Procedure within 14 days of the date of this Order.

SO ORDERED.

Dated:    New York, New York
           April 16, 2019

                                      _____
                                        Deborah A. Batts
                                United States District Judge