GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

April 30, 2019

VIA ECF

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: Simon J. Burchett Photography, Inc. v. A.P, Moller Maersk A/S, 19-cv-1576 (DAB)
    Update on Registration

Your Honor:

 I represent the plaintiff in the above-referenced matter, and write to update the Court. The U.S. Copyright Registration, which has been the subject of several letters to this Court, was issued on March 18, 2019 (No. VAu 134-6941). The issue of registration is now mooted, and plaintiff requests two weeks to respond at length to the other issues raised in defendant's motion.

              GARBARINI FITZGERALD P.C.

              By:_____
                Richard M. Garbarini