UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SIMON J. BURCHETT PHOTOGRAPGHY, INC.,

           Case No.: 19-cv-1576 (KPF)

        Plaintiff,

           **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P 41(a)(2)**

  v.

A.P. MOLLER MAERSK A/S,

        Defendant.
-------------------------------------------------------------x

Pursuant to Fed.R.Civ.P 41 (a)(2) plaintiff hereby serves notice that the claim of copyright infringement pursuant to 17. U.S.C. §§ 102 et seq. (the "Copyright Act") in the above-action is dismissed with prejudice, and the claim brought pursuant to 17 U.S.C. §§ 1202-05 (the "DMCA") is dismissed without prejudice.  Each party is responsible for its own attorneys' fees and costs.

_____
Richard M. Garbarini
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor,
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

SO ORDERED

_____
Honorable Katherine Polk Failla
United States District Judge