UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SIMON J. BURCHETT PHOTOGRAPHY, INC.,

                      Plaintiff,

       v.

A.P. MOLLER MAERSK A/S,

                      Defendant.
---------------------------------------------------------------x

Index No.: 1:2019-cv-01576 (KPF)

**DECLARATION OF RICHARD GARBARINI**

I, Richard Garbarini, hereby declare pursuant to 28 U.S.C. § 1746, and under the penalties of perjury, as follows.

1. I am counsel to plaintiff in this matter and am fully familiar with all facts.

2. Plaintiff requested on numerous occasions to arbitrate the within dispute. Defendant, at all times, refused to arbitrate. Attached as Exhibit 1 is a true and correct copy of one the emails from the counsel for defendant refusing to arbitration.

3. I declare under the penalty of perjury that the forgoing is true and correct.

                                              EXECUTED ON

                                              March 7, 2020

                                              Richard Garbarini

Exhibit 1

**Print** | **Close Window**

**Subject:** RE: Demand for Arbitration
**From:** "Marston Jr., David W." <david.marston@morganlewis.com>
**Date:** Wed, Jan 30, 2019 3:29 pm
**To:** Richard Garbarini <rgarbarini@garbarinilaw.com>

Understood. I get a lot of emails myself. Please communicate directly with me going forward.

I reviewed the emails between you and Ms. Barstow. Contrary to your statement below, Ms. Barstow did not request to "arbitrate all issues." Rather, she informed you that arbitration was required for the claim alleged in your email of January 21, 2019 at 2:22 p.m. (the alleged failure to use "best effort to remove all the images in the settlement agreement"). In her email, Ms. Barstow also informed you that A.P. Moller Maersk A/S ("APMM") complied with its obligation in Section 3 of the Settlement and Release Agreement dated December 18, 2018 to "make its best efforts to remove the Images from both its Flickr page and related Flickr Group pages." Therefore, your claim that APMM failed to use "best effort to remove all the images" is without merit.

I have also reviewed the Complaint that you filed in federal court and your draft Demand for Arbitration. All of the claims against APMM set forth in these documents are covered by the Settlement and Release Agreement dated December 18, 2018. Therefore, we demand that you immediately withdraw the Complaint that you filed in federal court. APMM does not agree to waive service of process in federal court and APMM does not agree to submit "a joint request for arbitration" with respect to these frivolous claims. If you continue to pursue such claims in any forum, APMM will seek appropriate relief, including without limitation, recovery of its attorneys' fees and costs and appropriate sanctions against you and your client.

Regards,

**David W. Marston Jr.**
**Morgan, Lewis & Bockius LLP**
200 S. Biscayne Blvd. | Suite 5300 | Miami, FL 33131
Direct: +1.305.415.3443 | Fax: +1.305.415.3001

1701 Market Street | Philadelphia, PA 19103
Direct: +1.215.963.5937 | Fax: +1.215.963.5001
david.marston@morganlewis.com | www.morganlewis.com

---

**From:** Richard Garbarini <rgarbarini@garbarinilaw.com>
**Sent:** Wednesday, January 30, 2019 12:16 AM
**To:** Marston Jr., David W. <david.marston@morganlewis.com>
**Subject:** Re: Demand for Arbitration

[EXTERNAL EMAIL]
Mr. Marston:

I do apologize. There are 120 emails from today I haven't had time to work through until now.

The demand for arbitration sent earlier is based on the prior settlement agreement requiring arbitration at JAMS NYC. Ms. Barstow requested we arbitrate all issues, so I assume notice is unnecessary. Instead, we can put in a joint request for arbitration.

Let me know your client's position.

Richard Garbarini

Garbarini FitzGerald P.C.

On Jan 29, 2019, at 7:53 PM, Marston Jr., David W. <david.marston@morganlewis.com> wrote:

> Mr. Garbarini –
>
> As I informed you in my email at 2:17 p.m. today, I have been retained to represent A.P. Moller Maersk A/S in connection with this matter. Ms. Rachelle Barstow is no longer serving as counsel to A.P. Moller Maersk A/S in connection with this matter, rather, she is my client. Therefore, as stated in my earlier email, all communications must be directed to me.
>
> Regards,
>
> **David W. Marston Jr.**
> **Morgan, Lewis & Bockius LLP**
> 200 S. Biscayne Blvd. | Suite 5300 | Miami, FL 33131
> Direct: +1.305.415.3443 | Fax: +1.305.415.3001
>
> 1701 Market Street | Philadelphia, PA 19103
> Direct: +1.215.963.5937 | Fax: +1.215.963.5001
> david.marston@morganlewis.com | www.morganlewis.com
>
>> **From:** Richard Garbarini <rgarbarini@garbarinilaw.com>
>> **Date:** January 29, 2019 at 5:51:33 PM EST
>> **To:** Rachelle Barstow <Rachelle.Barstow@maersk.com>
>> **Subject: Demand for Arbitration**
>>
>> Rachelle:
>>
>> Assuming Maersk is amenable to arbitrating all claims, I have enclosed a demand for arbitration form. If you could just fill in the Maersk information at the top, we can submit this as a joint demand. Under the JAMS rules (which are incorporated into the agreement) the parties will split all costs. So I will need a check for $750 from Maersk for its share of the filing fee.
>>
>>
>> **Richard Garbarini**
>> Garbarini FitzGerald p.c.
>> 250 Park Avenue
>> 7th Floor
>> New York, New York 10177
>> Office : 212.300.5358
>> Fax : 212.731.0278
>> www.garbarinilaw.com
>> *certa bonum certamen*
>>
>> CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying

of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

The information contained in this message is privileged and intended only for the recipients named. If the reader is not a representative of the intended recipient, any review, dissemination or copying of this message or the information it contains is prohibited. If you have received this message in error, please immediately notify the sender, and delete the original message and attachments.

Maersk will as part of our communication and interaction with you collect and process your personal data. You can read more about Maersk's collection and processing of your personal data and your rights as a data subject in our privacy policy

Please consider the environment before printing this email.

## DISCLAIMER

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

Copyright © 2003-2020. All rights reserved.