UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SIMON J. BURCHETT PHOTOGRAPGHY,
INC.,

                Plaintiff,

     v.

A.P. MOLLER MAERSK A/S,

                Defendant.
------------------------------------------------------------x

Case No.: 19-cv-1576 (KPF)

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P 41(a)(2)**

Pursuant to Fed.R.Civ.P 41 (a)(2) plaintiff hereby serves notice that the claim of copyright infringement pursuant to 17. U.S.C. §§ 102 et seq. (the "Copyright Act") in the above-action is dismissed with prejudice, and the claim brought pursuant to 17 U.S.C. §§ 1202-05 (the "DMCA") is dismissed without prejudice. Each party is responsible for its own attorneys' fees and costs.

_____
Richard M. Garbarini
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor,
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

SO ORDERED

_____
Honorable Katherine Polk Failla
United States District Judge