UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

SIMON J. BURCHETT PHOTOGRAPHY, INC.,

                Plaintiff,

                - v -

A.P. MOLLER MAERSK A/S,

                Defendant.

------------------------------------------------------------

19 Civ. 1576 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court, having reviewed the submissions of the parties and being fully advised in the premises, hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff's first claim for relief in the Amended Complaint (Dkt. #9 at 26-27) is dismissed with prejudice. Plaintiff's second claim for relief in the Amended Complaint (Dkt. #9 at 27-29) is dismissed without prejudice. To the extent Plaintiff files another lawsuit relating to the matters addressed in the Amended Complaint, Defendant may file a motion to recover the attorneys' fees and costs it incurred in this action as well as any future action.

    SO ORDERED.

Dated: March 17, 2020
       New York, New York

                                             KATHERINE POLK FAILLA
                                             United States District Judge